IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 09-174 |
| JAMES DOU | : | |

**<u>ORDER</u>**

AND NOW, this 8th day of February, 2022, it is hereby ORDERED that Defendant James

Dou's Motion for Sentence Reduction Under 18 U.S.C. §3582(c)(1)(A) (Document Nos. 46 and

47) is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,          C.J.